IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION, AT MEMPHIS

| | |
|---|---|
| JIMMY T. BROWN and LINDA BROWN | ) ) ) |
| Plaintiffs, | ) No. 2:08-CV-2401 ) ) |
| v. | ) ) |
| MID-CENTURY INSURANCE COMPANY | ) ) |
| Defendant. | ) |

## CONSENT ORDER OF DISMISSAL

COMES NOW the Plaintiffs, Jimmy T. Brown and Linda Brown, and the Defendant, Mid-Century Insurance Company, and announce to the Court that the matters and things between Plaintiffs and Defendant have by consent been compromised, settled and should be dismissed with prejudice. There are no remaining Defendants under this case number.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the claims brought by Plaintiffs, Jimmy T. Brown and Linda Brown, against Defendant be and hereby are by consent, compromised, settled and are now dismissed with prejudice.

The Court costs associated with this matter are assessed against Defendant for which let execution issue.

                                                *s/ Samuel H. Mays, Jr.*
                                                Judge Samuel H. Mays, Jr.
                                                *July 20, 2009*

<u>/s/ Stephen W. Vescovo</u>
Stephen W. Vescovo (#7246)
Thomason, Hendrix, Harvey,
Johnson & Mitchell, PLLC
40 S. Main Street, Suite 2900
Memphis, TN  38103
525-8721
vescovos@thomasonlaw.com


<u>/s/ Stacie S. Winkler</u>
Stacie S. Winkler, Esq. (#23098)
Bruce A. McMullen, Esq. (#18126)
Baker, Donelson, Bearman,
Caldwell & Berkowitz
Attorneys for Defendant
Mid-Century Insurance Company
First Tennessee Building
165 Madison Avenue; Suite 2000
Memphis, TN  38103
(901) 526-2000
bmcmullen@bakerdonelson.com
swinkler@bakerdonelson.com