UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION


JIMMY T. BROWN and
LINDA BROWN,

        Plaintiffs,

v.                                              Cv. No. 08-2401-Ma

MID-CENTURY INSURANCE COMPANY,

        Defendant.


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice, in accordance with the Consent Order of Dismissal, docketed July 21, 2009.


**APPROVED:**


S/ *Samuel H. Mays Jr.*
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


July 22, 2009                           THOMAS M. GOULD
DATE                                    CLERK

                                        S/ *Jean Lee*
                                        (By) DEPUTY CLERK